MARY A. FLANIGAN, RESPONDENT, v. MADISON PLAZA GRILL, INC., APPELLANT.

Argued May 20, 1943—Decided September 16, 1943.

For the respondent, *McNamara & McNamara.*

For the appellant, *C. Evan Daniels.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—BODINE, DONGES, HEHER, PERSKIE, DEAR, RAFFERTY, HAGUE, THOMPSON, JJ. 8.

*For reversal*—THE CHANCELLOR, CASE, COLIE, WELLS, JJ. 4.